# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 4:25-cr-00009-4-BRW

RICHE ANTONIO

## ORDER OF DETENTION

Defendant appeared with counsel on this date for a hearing pursuant to the Bail Reform Act. I find by clear and convincing evidence that Defendant is a danger to the community, and by a preponderance of the evidence that he is a risk of nonappearance, and no condition or combination of conditions will reasonably assure the safety of the community or the Defendant's appearance. In coming to this conclusion, I have considered, *inter alia*, Defendant's history and characteristics, including his ties to a foreign country, his history of fleeing from law enforcement and resisting arrest, his history of involvement with firearms, and his criminal history, which includes multiple pending charges. Additionally, I find the proposed release plan is insufficient to mitigate the risk of nonappearance and danger to the community, particularly because the proposed third-party custodian does not appear to be in a position of authority over Defendant. For these reasons, Defendant is remanded to the custody of the United States Marshal.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel.[1] Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

---

[1] The intent of this provision is to ensure defense counsel experiences no unnecessary obstruction communicating with the Defendant in person, by telephone, or (if possible) by video-teleconference.

SO ORDERED this 6th day of March 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE